FILED - USDC -NH
2022 AUG 25 PM 3:51

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Plaintiff(s)**

Denise Peterson & Family

v.

**Defendant(s)**

Department of Defense

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Denise Peterson  603-937-4519
103 Blueberry Lane #53
Laconia, NH 03246

Defendant(s)'s Name, Address and Phone Number

Department of Defense
Delaware

USDCNH-102 (Rev. 5/7/13)                                Page 1 of 5

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Have been Torturing us with Microchip at our Home, Going To visit family Constant basis, Having Peter James of Palmer MA involved with Human Trafficking me with a personal alarm on Microchip and Motorcyclists Following me everywhere I Go, To Store medical appts. Causing Mahem and criminally putting me in Fear as they are Involved with DoD. Department of Defense Torturing us over my Childs Autism in School in MA Microchipping him at 14 under Age of 18. We are all Disabled and she be protected By the law. Governor has been Called almost Daily for last year and 1/2, Senators Shaheen, and attorney General. They have been Forcing an Brain with Drugs To make Denise, Dylan Son Insane cend To the point of being put in Fear that we are seeking help as Laconia Police are being afraid To help us at all.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Police are Called Daily to us being attacked and Motorcyclists following our Car. Have Told family in other States of Calls to Police.

We are seeking Shelter from being attacked on 24 Basis, all being Disabled and law of 1964 which states we should not be attacked. Husband has heart condition in which they are Trying to slow down his heart and go after my Son and me. I have one kidney and they have caused me many health problems, all over my Sins Ceutism!! Having People from MASS. latch onto my phone, my car ignition, my home Wifi, is so very, very illegal, even my landbird is upset over this. They need to be stopped as this is very inhuman and cruel. Having plane from Massachusetts bring ultrasonic vibrations over home for them to put on my brain to kill the nucons and protein in My Brain.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Relief from being attacked as they have human TRAFFikers from Palmer, MA. Peter James, William James, Palmer Emergency Management, listening in our House, Gang Stalking, Putting us in fear on a Daily basis. Torturing our CNS systems To make Insane or Brain DEAD, The whole Town and state Knows of this, Massachusetts AG. MauerA Healy.

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 8/25/22

Signature: *Denise Petasa*