UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Denise Peterson

    v.                                      Case No. 22-cv-329-SE

U.S. Department of Defense

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 26, 2022 (doc. no. 3). For the reasons explained therein, Peterson's complaint is dismissed.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Peterson's action is dismissed in its entirety. The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                              _____
                                              Samantha D. Elliott
                                              United States District Judge

Date: November 28, 2022

cc:   Denise Peterson, pro se