UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Denise Peterson

     v.

Case No. 22-cv-329-SE

U.S. Department of Defense


JUDGMENT


    Judgment is hereby entered in accordance with the Order by Judge Samantha D. Elliott dated November 28, 2022, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 26, 2022.


By the Court:

_____
Daniel J. Lynch
Clerk of Court


Date: November 28, 2022

cc:  Denise Peterson, pro se